Leslie Hood III
CDC# F88832
P.O. Box 872
Fresno Ca 93706

08-2277 MHT

United States District Court
Northern District of California

5-10-08

Leslie Hood III
V.
California Dept. of Corrections
Fresno County Sheriff Dept. Margret Mims

Case # 208-CV-00848-FCD-EFB

RECEIVED 08 MAY 15 PM 2:17 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dear Honorable Judge. I'm writing in regaurds to Change of Address "per" Local Rule 83-182. My new address is Leslie Hood III
CDC# F88832
Jio# 0063606 BK# 0825341
P.O. Box 872 (FCJ)
Fresno Ca. 93712

Also to Correct the error As to the respondent. "Per" Court order Document number. 4, It is established that a petitioner for hebeus Corpus relief under 28 U.S.C. § 2254 must name "the State officer having Custody of him or her As the respondent to the petition." Stanley v. Cal. Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). I failed to name the agent having Custody of my person And would pray the Court Allow me to Add the Agent holding possession of my person.

Leslie Hood III
V.
California Dept. of Corrections
Fresno County Sheriff Dept. Margret Mims.

I thank the Courts for there time and Concern in this matter.

Respectfully Submitted

Leslie Hood III
Leslie Hood III

Date 5-10-08.

RETURN SERVICE REQUESTED

Leslie McCoy #J10 #2063606

COUNTY OF FRESNO
P.O. BOX 872
FRESNO, CALIFORNIA 93712

**LEGAL MAIL ONLY**
LBA NM1 94102

Att: Court Clerk
United States District Court
Northern District of California
450 Golden Gate Blvd.
San Francisco, Ca 94102

PRESORTED
FIRST CLASS



neopost
$00.369
Mailed From 93721
05/13/2008
US POSTAGE