Leslie Hood III
CDC# F88732
TID# 0063606
P.O. Box 872 (FCJ)
Fresno CA 93712

FILED-08
08 JUN -2 PM 2:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Case # CV.08 2277 MHP(PR)

Leslie Hood III
V.
California Dept. of Corrections
Monterey County Corrections &
Fresno County Jail Fresno County Margrete Mims.

Im writing in regards to Change of address And to inform the Courts I have A expected release date of June 5th 2008. Im requesting the Courts to forward any And All Letters, motions, Ect, to my home address as Follows

Leslie Hood III
1565 W. Hawes
Fresno Ca 93706

I'm also requesting No Court date if any <u>untill</u> After June 5th 2008. And that the Court <u>Not</u> put any Detainers or holds on my Person that Could possibly hold the Defendant in the County Jail. I thank you for the Courts time and Concerns in this matter.

Respattfully Submittal
Leslie Hood III

Date: 5-27-08

RETURN SERVICE REQUESTED

Leslie Hoop II Tut # 000-206

**COUNTY OF FRESNO**
P.O. BOX 872
FRESNO, CALIFORNIA 93712

**LEGAL MAIL ONLY**

SAN11  94102

ATT: Court clerk
United States District Court
Northern District of California
450 Golden Gate Ave
P.O. Box 36060
San Francisco Ca 94102-1680

PRESORTED
FIRST CLASS



neopost

$00.369
05/29/2008
Mailed From 93721
US POSTAGE