United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HOOD, III, | No. C 08-2277 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS; et al., | |
| Respondents. / | |

This action is dismissed without prejudice to petitioner filing a new habeas action after available state judicial remedies are exhausted.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 24, 2008

Marilyn Hall Patel
United States District Judge